UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ERIC ADAMS and CAITLIN LOCKING,

        Plaintiff,

v.                                  **Civil Action No.  11-CV-707**

PREMIER RECOVERY GROUP, INC.

        Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Eric Adams and Caitlin Lockiing, hereby voluntarily dismisses this action against Defendant, Premier Recovery Group, Inc., with prejudice.

DATED:  February 5, 2013

/s/ Seth J. Andrews_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884